Korey **JOHNSON**, Plaintiff—Appellant,

v.

**Leroy Francis MILLETTE, Jr.**, Circuit Court Judge; **M. Elizabeth Millette**, Commonwealth Attorney, Defendants—Appellees.

No. 07–6132.

United States Court of Appeals, Fourth Circuit.

Submitted: May 10, 2007.

Decided: May 15, 2007.

Korey Johnson, Appellant Pro Se.

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Korey Johnson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss for the reasons stated by the district court. *Johnson v. Millette,* No. 2:07–cv–00015–RAJ–TE (E.D.Va. Jan. 18, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*